IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| NOBEL LEARNING COMMUNITIES, INC. | : | NO. 09-1818 |

ORDER

AND NOW, this 2nd day of November, 2009, upon consideration of the defendant's Motion to Dismiss (Docket No. 28), the plaintiff's opposition thereto (Docket No. 29), the defendant's reply (Docket No. 31), and the oral argument held on October 6, 2009, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED in part and DENIED in part as set forth in the Court's memorandum of law bearing today's date.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.