IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CIVIL ACTION
:
v. :
:
NOBEL LEARNING COMMUNITIES, :
INC. : NO. 09-1818

ORDER

AND NOW, this 19th day of March, 2010, upon consideration of the plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 47); the defendant's opposition (Docket No. 50); the plaintiff's reply thereto (Docket No. 51); and the defendant's surreply, attached as Exhibit A to its Motion for Leave to File Surreply (Docket No. 53);[1] and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that:

1. The plaintiff's motion is GRANTED IN PART AND DENIED IN PART. The plaintiff may amend its complaint to allege discrimination at the daycare and preschool levels and to allege discrimination experienced by A.O.R. The plaintiff may not amend its complaint to allege associational discrimination experienced by parents and by siblings.

2. The amended complaint, as redacted and filed as Exhibit A with the plaintiff's motion, and in accordance with

---

[1] The Court granted the defendant's motion to file a surreply on March 19, 2010 (Docket No. 55).

this memorandum, shall be deemed to have been filed as of the date of the order.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.